UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Jane Doe

                      Plaintiff,

v.                                           Case No.: 1:22−cv−00646
                                                          Honorable Steven C. Seeger

Presence Chicago Hospitals Network, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 14, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff Jane Doe's motion to proceed under a pseudonym (Dckt. No. [6]) is hereby granted. The motion to seal (Dckt. No. [7]) is hereby granted. Mailed notice. (jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.